**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| EMILIA HERNANDEZ DE QUEVEDO, | No. 08-70055 |
| Petitioner, | Agency No. A029-253-553 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 29, 2010[**]

Before:    ALARCÓN, LEAVY, and GRABER, Circuit Judges.

Emilia Hernandez De Quevedo, a native of El Salvador and a citizen of El

Salvador and Guatemala, petitions for review of the Board of Immigration

Appeals' order dismissing her appeal from an immigration judge's decision

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

denying her application for relief under the Nicaraguan Adjustment and Central American Relief Act of 1997 ("NACARA").  We dismiss the petition for review.

We lack jurisdiction to review the agency's determination that Hernandez De Quevedo failed to establish eligibility for relief under NACARA.  *See* NACARA, Pub. L. No. 105-100, § 203(a)(1), 111 Stat. 2160, 2196-97 (Nov. 19, 1997); *see also Lanuza v. Holder*, 597 F.3d 970, 972 (9th Cir. 2010) (per curiam).

**PETITION FOR REVIEW DISMISSED.**